ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
GAGE H. ARNOLD, Special Assistant United States Attorney (#13035)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
JUN 09 '21 PM03:15

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count 1: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (>50 grams) |
| vs. | Count 2: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms |
| JUSTIN MICHAEL VANDERWOUDE, and DANA JEAN STEELE, | |
| Defendants. | Case: 1:21-cr-00073<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 6/9/2021 |

The Grand Jury charges:

### COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about January 28, 2021 in the District of Utah,

**JUSTIN MICHAEL VANDERWOUDE** and **DANA JEAN STEELE**,

defendants herein, did knowingly and intentionally possess with intent to distribute fifty

(50) grams or more of Methamphetamine (actual), a Schedule II controlled substance

within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1)

and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

COUNT 2
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms)

On or about January 28, 2021, in the District of Utah,

**DANA JEAN STEELE**,

defendant herein, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Taurus 9mm handgun, Armscor 38 revolver, a Molot rifle, and a Romarm/Cugir rifle, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

_____
NATHAN D. LYON
Special Assistant United States Attorney